THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANKLIN J. GRIFFIN, Appellant.—

Concur — Nunez, J. P., Kupferman, McNally, Tilzer and Macken, JJ.

VAN VALKENBURGH, NOOGER & NEVILLE, INC. v. HAYDEN PUBLISHING COMPANY, INC. et al.—

Concur — Stevens, P. J., Eager, Capozzoli, Nunez and McNally, JJ.

In the Matter of MELVIN KATZ, an Attorney.— Motion

Concur — Stevens, P. J., McGivern, Markewich, McNally and Steuer, JJ.